UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Keyonna S Denham,

Debtor.

_____/

Case No. **26-42441-mlo**
Chapter 7
Hon. Maria L. Oxholm

**ORDER EXTENDING TIME TO PAY THE CASE FILING FEE**

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of   **\*\* $338.00\*\***   as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

The deadline for the debtor to pay the filing fee is extended to September 8, 2026.   If the filing fee is not paid in full, the case will be Dismissed without further notice or hearing.

IT IS SO ORDERED.

**\*\*Pursuant to Clerk's Office Procedure - NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order, ACH Debit Card, or Online Bill Pay per instructions on www.mieb.uscourts.gov/online-fee-payments. Credit cards will only be accepted from attorneys through pay.gov.**

**Signed on June 30, 2026**

**/s/ Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**